UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MUHIEDDINE SHIPPING CO.,

                Plaintiff,

- against -

PEPSI FOOD INDIA PVT LTD. and
JDH INTERNATIONAL, LLC,

                Defendants.
------------------------------------------------------------X

JUDGE LEISURE

07 CIV 6962

RECEIVED
AUG 02 2007
U.S.D.C. S.D.N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: August 2, 2007
       New York, NY

                      The Plaintiff,
                      MUHIEDDINE SHIPPING CO.,

                      By: *[signature]*
                      Charles E. Murphy (CM 2125)
                      LENNON, MURPHY & LENNON, LLC
                      The Gray Bar Building
                      420 Lexington Ave., Suite 300
                      New York, NY 10170
                      (212) 490-6050
                      facsimile (212) 490-6070
                      cem@lenmur.com