CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| MUHIEDDINE SHIPPING CO., | : | |
| | : | |
| Plaintiff, | : | **07-CV-6962** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| PEPSI FOOD INDIA PVT LTD. and JDH INTERNATIONAL, LLC, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 22, 2007

                CLARK, ATCHESON & REISERT
                Attorneys for Garnishee
                Societe Generale New York Branch

By: _____
       Richard J. Reisert (RR-7118)
       7800 River Road
       North Bergen, NJ  07047
       Tel: (201) 537-1200
       Fax: (201) 537-1201
       Email:  reisert@navlaw.com