*Leisure/J*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MUHIEDDINE SHIPPING CO.,

    Plaintiff,

 - against -

PEPSI FOOD INDIA PVT LTD. a/k/a PEPSI FOODS
PVT LTD. and JDH INTERNATIONAL, LLC,

    Defendants.
------------------------------------------------------------X

07 CV 6962 (PKL)

ECF CASE

### NOTICE OF PARTIAL VOLUNTARY DISMISSAL

Please take notice that this action has settled in respect of Plaintiff's claim against the defendant Pepsi Food India Pvt Ltd. a/k/a Pepsi Foods Pvt Ltd. There having been no appearance from Pepsi Food India Pvt Ltd. a/k/a Pepsi Foods Pvt Ltd., the above-captioned matter be and hereby is partially voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a) *as to only* Pepsi Food India Pvt Ltd. a/k/a Pepsi Foods Pvt Ltd.

The action against defendant JDH International, LLC shall remain active.

Dated: January 3, 2008
New York, NY

            The Plaintiff,
            MUHIEDDINE SHIPPING CO.,

            By: _____
            Charles E. Murphy (CM 2125)
            LENNON, MURPHY & LENNON, LLC
            The Gray Bar Building
            420 Lexington Ave., Suite 300
            New York, NY 10170
            (212) 490-6050
            facsimile (212) 490-6070
            cem@lenmur.com

1/07/08

SO ORDERED
_____
USDJ