*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/10/08]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MUHIEDDINE SHIPPING CO.,

                Plaintiff,

                07 CV 6962 (PKL)

- against -

                ECF CASE

PEPSI FOOD INDIA PVT LTD. a/k/a PEPSI FOODS
PVT LTD. and JDH INTERNATIONAL, LLC,

                Defendants.
------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice that this action has settled. There having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: January 10, 2008
       New York, NY

                        The Plaintiff,
                        MUHIEDDINE SHIPPING CO,

                        By: _____
                        Charles E. Murphy (CM 2125)
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        (212) 490-6050
                        facsimile (212) 490-6070
                        cem@lenmur.com

SO ORDERED

_____
U.S.D.J.
1/16/08